UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80190-CIV-ROSENBAUM/HUNT

YVES SIMON and
CARLINE AMAZAM,

       Plaintiffs,

v.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,

       Defendant.

_____/

## ORDER

    This matter is before the Court upon a review of the case file. On February 21, 2013, Defendant removed this case from Florida state court. D.E. 1. That same day, this Court issued an Order requiring the parties to meet and confer regarding discovery and scheduling issues within twenty-one days of the Order, and to file a joint discovery plan and conference report with the Court within fourteen days of the parties' conference. D.E. 3, ¶¶ 2-3. Thus, the maximum time available for the parties to file a joint discovery plan and conference report expired on March 28, 2013. To date, no discovery plan and conference report has been filed by the parties.

    Accordingly, it is **ORDERED and ADJUDGED** that on or before **May 3, 2013**, the parties shall file a joint discovery plan and scheduling report as previously required by the Court. A failure to timely respond to this Order may result in sanctions being imposed against the offending party or

parties.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 26th day of April 2013.

/s/ Robin S. Rosenbaum
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record